IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Criminal No. 2:21-cr-00011-M
Civil No. 2:26-cv-00026-M

DERRICK LANAIRE WHITE, JR. )
 )
  Petitioner, )
 )
v. )  ORDER
 )
UNITED STATES OF AMERICA, )
 )
  Respondent. )

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED this __2__ day of June, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE